**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>     *Plaintiff*,<br><br>    v.<br><br>CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*,<br><br>     *Defendants*. | Case No. 26-cv-928 |

## DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS

I hereby declare as follows:

1. I am over the age of eighteen and not a party to this litigation.

2. As set forth in a prior affidavit of service, Dkt. No. 6, Plaintiff served the summons and complaint on the U.S. Attorneys' office on March 18, 2026.

3. Separately, also on March 18, 2026, I caused a copy of the summons and complaint to be sent via certified mail to Defendant Wright and the United States Department of Energy, 1000 Independence Ave., SW, Washington, DC 20585. I received confirmation that these mailings were delivered on March 26, 2026.

4. On March 18, 2026, I also caused a copy of the summons and complaint to be sent via certified mail to Defendant Byron and the National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740. I received confirmation that these mailings were delivered on March 26, 2026.

5. On March 18, 2026, I also caused a copy of the summons and complaint to be sent via certified mail to the Attorney General of the United States, 950 Pennsylvania Ave. NW,

Washington, DC 20530, and to the U.S. Attorney's Office for the District of Columbia, 601 D

Street, NW, Washington, DC 20530. I received confirmation that these mailings were delivered

on March 27, 2026.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2026 in Washington, D.C.


/s/ John Robinson
John Robinson (D.C. Bar 1044072)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington DC, 20016
(301) 823-1148
john@jacobsonlawyersgroup.com
