# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ENVIRONMENTAL DEFENSE FUND,
257 Park Ave. S.
New York, NY 10010,

      Plaintiff,

v.

CHRISTOPHER WRIGHT, in his official
capacity as Secretary of Energy,
1000 Independence Ave. SW
Washington, DC 20585,

UNITED STATES DEPARTMENT OF
ENERGY,
1000 Independence Ave. SW
Washington, DC 20585,

JAMES BYRON, in his official capacity as
performing the duties of the Archivist of the
United States,
8601 Adelphi Road
College Park, MD 20740,

THE NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION,
8601 Adelphi Road
College Park, MD 20740,

      Defendants.

Civil Action No. 1:26-cv-00928

## NOTICE OF ENTRY OF APPEARANCE

Notice is given that Erin Murphy is entering an appearance on behalf of Plaintiff Environmental Defense Fund in this proceeding.  Erin Murphy was admitted to practice law in this Court on February 4, 2019.  Correspondence to Erin Murphy may be sent to the below indicated address.

Respectfully submitted on April 14, 2026.

/s/ Erin Murphy
ERIN MURPHY (Bar ID D00532)*
Environmental Defense Fund
555 12th Street, NW, Suite 400
Washington, DC 20004
(202) 572-3525
emurphy@edf.org
*Practicing pursuant to D.C. Ct. App. Rule 49(c)(3)

Counsel for Plaintiff
Environmental Defense Fund