UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENVIRONMENTAL DEFENSE FUND,

      Plaintiff,

     v.

CHRISTOPHER WRIGHT,
Secretary of Energy, et al.,

      Defendants.

Civil Action No. 26-0928 (CJN)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion to Stay, and the entire record herein, it is hereby

ORDERED that Defendants' Motion to Stay is GRANTED, and it is further

ORDERED that this action is STAYED for 60-days, and it is further

ORDERED that Defendants shall file a Status Report by July 31, 2026, updating the Court on the status of NARA's formal review.

SO ORDERED:

_____
Date

_____
CARL J. NICHOLS
United States District Judge