# Exhibit C



June 4, 2026

VIA EMAIL

Edward Forst, Acting Archivist of the United States
William P. Fischer, Acting Chief Records Officer
National Archives & Records Administration
8601 Adelphi Road
College Park, MD 20740

**Re:    Obligations to Preserve Electronic Federal Records and Enable Production
of Such Records by Agencies When Lawfully Requested**

Dear Acting Archivist Forst and Acting Chief Records Officer Fischer:

Environmental Defense Fund ("EDF") respectfully writes to supplement its letter of February 9, 2026 regarding the legal responsibilities of the National Archives & Records Administration ("NARA") under the Federal Records Act ("FRA") to ensure the preservation of records by federal agencies across the government, and to notify agency heads of possible failures to preserve agency records.

As set out in EDF's February 9 letter, EDF is concerned, based on documents produced in *EDF v. Wright*, No. 25-cv-12249 (D. Mass.), that U.S. Department of Energy ("DOE") political officials are systematically using non-governmental email and electronic messaging accounts to conduct official government business. EDF requested that the Archivist or other acting official immediately take all appropriate action to fulfill its obligations under the FRA, including to ensure that government employees are appropriately creating and preserving records within government systems on a going-forward basis.

EDF understands that NARA has initiated an investigation into DOE political officials' use of non-governmental email accounts to conduct government business and intends to complete that investigation within the next 60 days. We write to supplement our prior letter to expressly request that NARA's investigation include review of the use of Signal by DOE political officials, including Seth Cohen, who is already a subject of NARA's investigation into unauthorized personal email use. EDF has learned that Cohen specifically has regularly used Signal for substantive work communications, and therefore the investigation and recovery of his Signal records should occur at the same time as the inquiry into his personal email use.

555 12th Street NW
Washington, DC 20004

**EDF.org**
**T** 202 387 3500

**Finding the ways that work.**

Respectfully,

Erin Murphy
Environmental Defense Fund
555 12th Street NW, Suite 400
Washington, DC 20004
emurphy@edf.org
202-572-3525


Cc:    Will Brown, Acting Inspector General, National Archives & Records Administration