IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTOPHER WRIGHT,<br>Secretary of Energy, et al.,<br><br>        Defendants. | Civil Action No. 26-0928 (CJN) |

**NATIONAL ARCHIVES AND RECORDS ADMINISTRATION STATUS REPORT**

Pursuant to the Court's June 4, 2026 Minute Order, Defendant National Archives and Records Administration ("NARA"), by and through undersigned counsel, respectfully submits the following status report regarding its formal review related to Plaintiff's allegations.

Defendant reports the following: Prior to the Court's Order, Defendant NARA sent a letter dated May 6, 2026 to Defendant Department of Energy (DOE). In the letter, Defendant NARA requested that Defendant DOE investigate the unauthorized disposition allegation submitted to Defendant NARA by Plaintiff on February 9, 2026 and report back in accordance with 36 C.F.R. § 1230.14.

On June 18, 2026, Defendant DOE provided its report in response to Defendant NARA's letter. Defendant DOE asserted in its report that its Office of General Counsel worked with the three involved employees to "ensure that they forward all DOE Climate Working Group-related and work-related emails from their personal accounts into official DOE .gov accounts" and "has confirmed with all three individuals that these actions have been completed." Defendant DOE sent

additional documentation to Defendant NARA on June 30, 2026. Defendant NARA is reviewing this additional documentation.

In view of the updates above, Defendants propose filing their response to Plaintiff's Complaint by July 31, 2026. Pursuant to the Court's June 4, 2026, Minute Order, counsel for Defendants contacted Plaintiff's counsel on June 30, 2026 and again on July 1, 2026 to confer regarding its position on the extension and Plaintiff's counsel stated that Plaintiff does not have a position at this time but will provide a position on the extension after it reviews the filed status report.

Dated:  July 1, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jeremy S. Simon*
Jeremy S. Simon, D.C. Bar #447956
Derrick A. Petit, D.C. Bar #144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*