IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>     Plaintiff,<br><br>  v.<br><br>CHRISTOPHER WRIGHT,<br>Secretary of Energy, et al.,<br><br>     Defendants. | Civil Action No. 26-0928 (CJN) |

**<u>CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT</u>**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1), Defendants, by and through undersigned counsel, move the Court for an extension of fourteen days, to August 14, 2026, of the current deadline for Defendants to respond to the Complaint.  As grounds for this extension request, Defendants state as follows.

1.     Pursuant to the Court's order dated July 8, 2026, Defendants' deadline to answer or otherwise respond to the Complaint is July 31, 2026. With Plaintiff's consent, Defendants seek an extension of that deadline to August 14, 2026.  There is good cause for the requested extension.

2.     The Assistant United States Attorney who has been handling this case has been on extended leave since the beginning of this month and is expected to be on leave through the end of September.  The undersigned is handling this matter while that attorney is on leave, as well as various other matters on the referenced AUSA's docket, and requires additional time to confer with agency counsel and prepare a response to the Complaint, which currently is expected to be in the form of a motion to dismiss. In addition to the undersigned's supervisory responsibilities

overseeing a team of AUSAs who each have a voluminous caseload, the undersigned also has had numerous other filing deadlines the last several weeks in other cases, and also has additional filing deadlines the week of August 3, 2026.  Finally, in conferring on this motion, counsel for Plaintiff advised that Plaintiff "may file an amended complaint in the coming days."[1]  Thus, in addition to the other reasons set forth above, it also would be in the interest of efficiency to extend the current response deadline in light of that potential development.  Accordingly, Defendants request an extension of their deadline to respond to the Complaint to August 14, 2026.

3.    Pursuant to Local Rule 7(m), undersigned counsel for Defendants conferred by email with Plaintiff's counsel regarding the relief requested in this motion, and Plaintiff's counsel has advised that he consents to the extension request.

4.    A proposed order is attached.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
DERRICK A. PETIT D.C. BAR # 144466
Assistant United States Attorneys
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528

*Attorneys for the United States of America*

---

[1]    By this, Defendants understand Plaintiff counsel to be stating that Plaintiff may seek leave to file an amended complaint.  Were that to occur, Defendants will provide their position on any such motion at that time, and also reserve the right to seek a further extension if warranted.