IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>     Plaintiff,<br><br>    v.<br><br>CHRISTOPHER WRIGHT,<br>Secretary of Energy, et al.,<br><br>     Defendants. | Civil Action No. 26-0928 (CJN) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' consent motion for extension, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that the deadline for Defendants to respond to the Complaint is extended to, and including, August 14, 2026.

SO ORDERED:


_____                    _____
Date                                         CARL J. NICHOLS
                                             United States District Judge