IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENVIRONMENTAL DEFENSE FUND,

Plaintiff,

v.

CHRISTOPHER WRIGHT,
Secretary of Energy, et al.,

Defendants.

Civil Action No. 26-0928 (CJN)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for extension, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that the deadline for Defendants to respond to the Amended Complaint is extended to, and including, September 17, 2026.

SO ORDERED:

_____
Date

_____
CARL J. NICHOLS
United States District Judge