**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*,<br><br>*Defendants.* | Case No. 26-cv-928<br><br>Judge Carl J. Nichols |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to dismiss, it is hereby

**ORDERED** that the motion is **DENIED**.

Date: ____________

______________________________
Carl. J. Nichols
United States District Judge