**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br>*Plaintiff*,<br>v.<br>CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*,<br>*Defendants.* | Case No. 26-cv-928<br>Judge Carl J. Nichols |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion for leave to file an amended and/or supplemental complaint *nunc pro tunc*, it is hereby

**ORDERED** that the motion is **GRANTED**.

Date: _____________

_________________________________
Carl. J. Nichols
United States District Judge