UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENVIRONMENTAL DEFENSE FUND,

Plaintiff,

v.

CHRISTOPHER WRIGHT,
Secretary of Energy, et al.,

Defendants.

Civil Action No. 26-0928 (CJN)

**MOTION TO EXTEND**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, by and through their undersigned counsel, respectfully move to extend the deadline for Defendants to file a combined reply to Plaintiff's Opposition to Defendant's Motion to Dismiss (ECF No. 20) by 14 days and an opposition to Plaintiff's Motion For Leave To File Amended and/or Supplemental Complaint *Nunc Pro Tunc* (ECF No. 21) by 7 days, making the deadline to file the combined document October 22, 2026.

There is good cause for the Court to grant the requested relief. The undersigned recently returned from a 3-month extended family leave. Plaintiff filed its opposition and motion to amend/supplement its complaint on the same day as the undersigned returned to the office. The undersigned needs additional time to review the prior filings in this action, coordinate with his client agencies, draft a response, as well as work through a voluminous backlog in his other cases.

Accordingly, Defendants request this extension of time. This motion is filed in good faith and not for purposes of delay. This is Defendants' first request for an extension related to Plaintiff's opposition to Defendants' motion to dismiss and Plaintiff's motion, *nunc pro tunc*.

Pursuant to Local Civil Rule 7(m), the undersigned has conferred with counsel for Plaintiff, and Plaintiff opposes the relief sought. Plaintiff offered to consent to "a 7-day extension of the reply deadline, so that both briefs would be due on October 15, 2026" and requested more information regarding the basis of Defendants' request. The undersigned provided further details and Plaintiff indicated that it continues to oppose Defendants' requested extension. However, as explained above, the undersigned will need more time to prepare the combined response.

For these reasons, Defendants respectfully request that the Court extend the time to October 22, 2026, for Defendants to file a combined reply in support of its motion to dismiss and opposition to Plaintiff's motion, *nunc pro tunc,* to amend and/or supplement their complaint.

A proposed order is attached.

Dated: October 2, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Derrick A. Petit*

Derrick A. Petit, D.C. Bar No. 144466
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7269
Derrick.Petit@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENVIRONMENTAL DEFENSE FUND,

Plaintiff,

v.

CHRISTOPHER WRIGHT,
Secretary of Energy, et al.,

Defendants.

Civil Action No. 26-0928 (CJN)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension, and the entire record herein, it is hereby

ORDERED that Defendants' Motion to Extend is GRANTED, and it is further

ORDERED that Defendants shall file a through and including October 22, 2026, to file a combined reply in support of its motion to dismiss and opposition to Plaintiff's motion, *nunc pro tunc,* to amend and/or supplement their complaint.

SO ORDERED:

________________
Date

____________________________
CARL J. NICHOLS
United States District Judge