UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER WRIGHT,<br>Secretary of Energy, et al.,<br><br>Defendants. | Civil Action No. 26-0928 (CJN) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension, and the entire record herein, it is hereby

ORDERED that Defendants' Motion to Extend is GRANTED, and it is further

ORDERED that Defendants shall file a through and including October 22, 2026, to file a combined reply in support of its motion to dismiss and opposition to Plaintiff's motion, *nunc pro tunc,* to amend and/or supplement their complaint.

SO ORDERED:

__________________
Date

____________________________________
CARL J. NICHOLS
United States District Judge