UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER WRIGHT,<br>Secretary of Energy, et al.,<br><br>Defendants. | Civil Action No. 26-0928 (CJN) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Amend and/or Supplement their Complaint Nunc Pro Tunc (ECF No. 21), Defendants' Opposition, and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion to Amend and/or Supplement their Complaint Nunc Pro Tunc is DENIED.

SO ORDERED:

| | |
|---|---|
| __________________<br>Date | __________________________________<br>CARL J. NICHOLS<br>United States District Judge |